**Andres Ernesto HERNANDEZ, Plaintiff–Appellant,**

v.

**Miguel VILLICANA, Lieutenant, Defendant–Appellee.**

**No. 08–55778.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2009.*

Filed Sept. 2, 2009.

Andres Ernesto Hernandez, Represa, CA, pro se.

David B. Wallace, Assistant U.S., Samuel William Bettwy, Assistant U.S., Office of The U.S. Attorney, San Diego, CA, for Defendant–Appellee.

Before: HUG, SKOPIL and BEEZER, Circuit Judges.

### MEMORANDUM **

Andres Ernesto Hernandez appeals pro se from the district court's final judgment in favor of Defendant Villicana after the jury returned a verdict denying Hernandez's claim brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We affirm.

The facts of the case are known to the parties and we do not repeat them here.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Hernandez waived his right to challenge on appeal the jury's verdict because he did not file a motion under Federal Rule of Civil Procedure 50(b). *See Nitco Holding Corp. v. Boujikian,* 491 F.3d 1086, 1089 (9th Cir.2007); *Desrosiers v. Flight Int'l of Fla. Inc.,* 156 F.3d 952, 956–57 (9th Cir. 1998).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.